JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN B. DULEY, individually and as Trustee of The John Barron Duley and Pam Megonigal Duley Joint Living Trust; PAM M. DULEY, individually and as Trustee of The John Barron Duley and Pam Megonigal Duley Joint Living Trust; THE JOHN BARRON DULEY AND PAM MEGONIGAL DULEY JOINT LIVING TRUST; McKENNA DULEY; PACIFIC COAST SAILING FOUNDATION, a California Corporation; SEAN SEGERBLOM, a minor, by and through his guardian ad *litem* Michael H. Segerblom; MICHAEL H. SEGERBLOM; METTE H. SEGERBLOM; GARY FRANKLIN HAYDEN; DIANNE MARIE HAYDEN; PETER LESSER HARRIS; JANET CAROL HARRIS; KELLY WELLS; and ACE AMERICAN INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 8:16-cv-00777-JLS-DFM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

-1-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Having reviewed and considered the Stipulated Request for Dismissal, and good cause appearing therefore, the Court orders this action dismissed, with prejudice, under Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear his, her, or its own fees and costs.

Dated: October 05, 2018

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE